# EXHIBIT M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHANNON BRITTON, et al,

Plaintiffs,

-vs- Case No. 21-CV-1354

UNION PACIFIC RAILROAD COMPANY,

Defendant.

---

REMOTE DEPOSITION OF SHANNON BRITTON

May 3, 2022

9:30 a.m. - 12:31 p.m.

REPORTED BY: KRYSTIN ZIMBA, appeared remotely from Fitchburg, Wisconsin



MAGNA LEGAL SERVICES

A P P E A R A N C E S

JUDGE LANG & KATERS, LLC
8112 W. Bluemound Rorad, Suite 101
Wauwatosa, WI 53213
dlang@jlk-law.com/414-777-0778
MR. DAVID LANG, Attorney At Law
appeared remotely on behalf of Plaintiffs,
Shannon Britton et al.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
300 S. Wacker Drive Ste. 1050
Chicago, IL 60606
eanalo@constangy.com./773-661-4710
M. ELYSIA BAKER ANALO, Attorney At Law
appeared remotely on behalf of Defendant,
Union Pacific Railroad Company


MAGNA LEGAL SERVICES

Q And Union Pacific here is identifying Larry Ebert and Dennis Grimm as employees who took an age retirement. Did I summarize that correctly?
A Yes.
Q Do you have any reason to believe that it is untrue that Larry Ebert and Dennis Grimm took an age retirement?
A No. Not -- as far as -- as far as I know, that -- they did.
Q And then the next section "Resign Before Furlough", are you able to read the sentences there?
A Yes. Yes, I can.
Q And this states that Brent Blaha resigned in January 25 of 2019 and that his voluntary resignation preceded the February 2019 reduction in force. Did I summarize that correctly?
A Yes.
Q So as far as you know, is it true that Brent Blaha resigned on January 25, 2019, before the February 2019 reduction in force?
A As far as I know, that is correct.
Q And do you have any reason to believe that it's untrue, those two statements?
A According to the information provided, I believe that it is true.